

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00383-CV

**IN RE HATTIE POOLE**

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2014-PC-4118
Honorable Tom Rickhoff, Judge Presiding

PER CURIAM

Sitting:  Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Jason Pulliam, Justice

Delivered and Filed:  August 5, 2015

DISMISSED

Appellant Barry Snell filed a motion to dismiss this appeal, stating the issues to be appealed are now moot.  The motion contains a certificate of service to all interested parties.  No party has opposed the motion to withdraw.

Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM